UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO VENERACION ENRIQUEZ,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ et al.,<br>Respondents. | CASE NO. 2:26-cv-04164-DGE<br><br>ORDER ON FEDERAL RESPONDENTS' REQUEST FOR EXTENSION OF TIME (DKT. NO. 12) |

Petitioner filed a petition for writ of habeas corpus on October 29, 2026. (Dkt. No. 1.) A scheduling order was filed the next day directing the Respondents to show cause as to why the petition for writ of habeas corpus should not be granted. (Dkt. No. 4.)

On November 13, 2026, Respondents filed a return memorandum, requesting an additional seven days to provide responsive evidence to the Court. (Dkt. No. 12.) Petitioner filed a traverse and response opposing this request for an extension the same day. (Dkt. No. 13.)

Because this Court believes its determination of this case will be best served by full briefing, Respondents' request for an additional seven days is GRANTED (though Respondents

should not expect the Court to grant any further extension requests). Federal Respondents' return memorandum shall be filed no later than **November 20, 2026**. In turn, Petitioner's amended traverse, should he choose to file one, is due no later than **November 27, 2026.**

The Clerk is directed to calendar the new traverse date. The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 13th day of November, 2026.

David G. Estudillo
United States District Judge